**Joshua S. MORGAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75224.**

Missouri Court of Appeals,
Western District.

Sept. 17, 2013.

Motion for Rehearing and/or Transfer
to the Supreme Court Denied
Oct. 29, 2013.

Application for Transfer Denied
Dec. 24, 2013.

David Bell, Jonathan D. Bailey, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division III: LISA WHITE HARDWICK, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Joshua S. Morgan appeals from the judgment of the Circuit Court of Buchanan County, Missouri, denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. For reasons explained in a memorandum provided to the parties, we find no error and affirm. Rule 84.16(b).